FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 JAN -3 P 12: 45
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA         *

       Plaintiff         *

vs.         *         CIVIL ACTION NO. MJG-11-2929

ROBERT SHRINER, et al.         *

       Defendants         *

\*     \*     \*     \*     \*     \*     \*     \*     \*

## MEMORANDUM AND ORDER

The Court has before it the United States' Motion for Prejudgment Attachment Pursuant to 28 U.S.C. §§ 3101 and 3102 [Document 49] to which no timely opposition has been filed. The motion appears meritorious and is unopposed. Under these circumstances, the Court will grant the motion.

Accordingly:

1. The United States' Motion for Prejudgment Attachment Pursuant to 28 U.S.C. §§ 3101 and 3102 [Document 49] is GRANTED.

2. An Order for Attachment shall be issued herewith.

SO ORDERED, on Thursday, January 02, 2014.

                              /s/
                         Marvin J. Garbis
               United States District Judge