IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA         *

        Plaintiff         *

        vs.               *     CIVIL ACTION NO. MJG-11-2929

ROBERT SHRINER, et al.           *

        Defendants        *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER RE: SUMMARY JUDGMENT

The Court has before it Defendant Scott Larson Shriner's Motion for Partial Summary Judgment [Document 28], the United States' Motion for Summary Judgment [Document 29], Defendant Scott Larson Shriner's Motion In Limine to Exclude Declaration of Bernard Kraft, Esq. and Motion for Sanctions [Document 35] and the materials submitted relating thereto. The Court has held a hearing and had the benefit of the arguments of counsel for Plaintiff and Defendant Scott Shriner.[1]

For the reasons stated on the record of proceedings held January 14, 2014:

1. Defendant Scott Larson Shriner's Motion for Partial Summary Judgment [Document 28] remains under consideration.

2. The United States' Motion for Summary Judgment [Document 29] is GRANTED IN PART.

---

[1] Defendant Robert Shriner did not file any response to any of the motions and did not appear at the hearing.

a. Summary judgment is granted to the United States with regard to liability to the extent of $160,000 plus interest from the date of assessment.

b. The motion with regard to liability for any amount in excess of $160,000 plus interest from the date of assessment is taken under consideration.

3. Defendant Scott Larson Shriner's Motion <u>In Limine</u> to Exclude Declaration of Bernard Kraft, Esq. and Motion for Sanctions [Document 35] is DENIED.

SO ORDERED, on <u>Thursday, January 23, 2014</u>.

/s/<br>
Marvin J. Garbis<br>
United States District Judge