IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. MJG-11-2929 |
| ROBERT SHRINER, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

<u>THIRD MEMORANDUM AND ORDER RE: SUMMARY JUDGMENT</u>

The Court has before it the United States' Cross Motion for Summary Judgment [Document 36], and the materials submitted relating thereto.

The Second Memorandum and Order Re: Summary Judgment [Document 62], due to a typographical error did not refer to the instant cross-motion. In any event, for the reasons stated in that document:

1. The United States' Cross Motion for Summary Judgment [Document 36] is GRANTED.

2. Judgment shall be entered by separate Order.

SO ORDERED, this <u>Thursday, March 20, 2014</u>.

/s/
Marvin J. Garbis
United States District Judge